UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

OSBEL AGETE PEREZ,

      Petitioner,

    v.                        Case No.:  2:26-cv-01923-SPC-KRH

WARDEN, SOUTH FLORIDA
DETENTION CENTER.

      Respondent,

## OPINION AND ORDER

Before the Court is Osbel Agete Perez's Petition for Writ of Habeas Corpus (Doc. 1).  Agete Perez challenges the lawfulness of his detention by Immigration and Customs Enforcement.  But the petition is unsigned. "Application for a writ of habeas corpus shall be in writing *signed and verified* by the person for whose relief it is intended or by someone acting in his behalf." 28 U.S.C. § 2242.  Accordingly, Agete Perez's petition is **DISMISSED without prejudice**.  Agete Perez may file a signed and verified amended petition within **21 days** of this order.  Otherwise, the Court will enter judgment and close this case without further notice.

      **DONE AND ORDERED** in Fort Myers, Florida on June 10, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties or Record